IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
___Western___ DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JAN 3 0 2012
CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK

Nathaniel Hardiman And Jessica Wise.
(Plaintiff)
2670 E. Kantz Dr. Fayetteville, AR 72703
(479) 502-0654
(Your name, address, telephone number)

vs.

Lindsey Management Co., Inc.
An Arkansas Business Corporation on behalf
of Walter Harber and J.E. Lindsey, d/b/a East Oaks Apartment
(Defendant(s))
P.O. Box 13000 Fayetteville, AR 72703
(479) 521-6611
(Names(s), address(es), telephone number(s))

Civil Action No. __12-5005__
(To be supplied by clerk)

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

1. This action is brought pursuant to:

   _____ Age Discrimination in Employment Act

   _____ Americans With Disabilities Act

   __✓__ Title VII of the Civil Rights Act

2. Plaintiff filed charges against the defendant(s) with the Equal Employment Opportunity Commission on _____, _____ charging defendant(s) with acts
   (Month/Day)      (Year)

of discrimination based on (1) _____ age, (2) _____ disability, (3) _____ race, (4) _____ color,

(5) _____ sex, (6) _____ religion, (7) _____ national origin.   A copy of the charges filed with the

EEOC is attached to this complaint.

-12-

3. The Equal Employment Opportunity Commission issued a Determination and/or Notice of Right to Sue which was received by plaintiff on _____, 20___, a copy of which is attached to this complaint.

4. Defendant(s) discriminated against plaintiff by:

   (a)   _____ failing to employ plaintiff,

   (b)   _____ terminating plaintiff's employment,

   (c)   _____ failing to promote plaintiff,

   (d)   _____ _____

   _____

   _____

   _____

5. The act(s) of discrimination complained of occurred on or about January 22nd, 20 10. Briefly describe: See Attached letters. This wrongdoing is done to ~~the~~ Nathaniel, Jessica and children. I have much more to prove in future of the case.

6. The defendant(s):

   (a) \_\_\_\_\_ is/are still committing

   (b) ✓ is/are no longer committing

   (c) \_\_\_\_\_ may still be committing

the acts set forth in the above paragraph.

7. WHEREFORE, Plaintiff prays for the following relief:

   (a) \_\_\_\_\_ Defendant(s) be directed to employ plaintiff.

   (b) \_\_\_\_\_ Defendant(s) be directed to re-employ plaintiff.

   (c) \_\_\_\_\_ Defendant(s) be directed to promote plaintiff.

   (d) ✓ Defendant(s) be directed to What is deserved And this will be disgusted later in the case. Justice needs to be served, need to see and hear.

and for such other relief as may be appropriate, including injunctive orders, damages, costs and attorneys fees.

8. **Jury Demand:** I hereby __Waive__ (Demand/Waive) a trial by jury of any issue triable of right by a jury.

_Jess L Wise and Nathaniel Hardin_
(Signature of Plaintiff)
1-29-2012

I, Nathaniel Hardiman being duly sworn, state on oath that I was discriminated against by Teresa Matthews who is the resident manager of East Oaks Apartments in Fayetteville, Arkansas. She did not accept my rent of the amount of $450.00 dollars without the late fee charges. But did accept my neighbors rent without late fee charges. Not only that, yet he did not get charged late fees and his rent was accepted with no late fees. I thought the same rules apply for everyone, but apparently that was not the case for me. This is not the only act of discrimination I have experienced on behalf of Teresa Matthews but I will not go into those details at this time. I thank you for taking the time to read this letter.

Sincerely,

Nathaniel L. Hardiman

1/6/2012

      I Nathaniel Hardiman went to the office of East Oaks Apartment in the month of January 2010. I was five days late for my rent that month, but I had my rent in the amount of $450.00 dollars in a money order. I was asked by the assistant manager "How much was I suppose to pay with late fee's."Nathaniel told her "I am not sure, but if I could bring the late fee's back in a later date." I was told by Teresa Mattew's the manager said "I can not except my rent unless I had the late fee's along with the $450.00 dollars in rent." Nathaniel politely asked "Teresa if she could except the rent" and that I could bring the late fee's; later on in the week because this was all the money I had at the moment." In a aggressive manner and loud tone of voice she said "She works, for a Coropration. And her job is to collect all rent and late fee's. And if I could not pay this, then I should move off this property."Why am I still living there anyway's." Nathaniel looked at her in disbelief cause he could not believe the words that she just said to me." I turned around walked out the office and went home. I had to then tell my family that "We will have to move and change schools." The landlord did not want to accept our rent money without the late fee's" in month January 2010."

      Nathaniel walked to Gaberial Lunsford (who is close friend) May I add that he lives in a two bedroom/one bath apartment; furnished and paid $365 a month for rent. I lived in a two bedroom/one bath already furnished apartment paying $450.00 dollars. I was talking to Mr. Lundsford about "How I had to move because I could not pay the rent and late fee's on time." "That was funny;laughing" Mr. Lundsford had said "I was late this month, too" also he said "Teresa excepted my rent; I did not owe anything and did not charge me no late fee's." He proved to Nathaniel with proof of him not being charged no late fee's.

      That was when I felt like I had been Discriminated against and I was really hurt inside. Keep in mind I have been residing at 1984 N.East Oaks Drive in Fayetteville, Arkansas. The family and myself enjoyed the things provided to us by Lindsey Management. The many differnt things that came with living there like the Exercise Room, Pool, Schools, and the Area it was in. I never caused any problems on the properties. So, for me and my family to be treated this way; I really felt disrespected. There was no way I wanted to live there anymore under the Management of Tom and Teresa Mattews. The action that she took upon me that day; took a piece of my Pride and Dignity because she had no reason to treat me this way. But, for the sake of my children having a place to stay. I went back to the East Oaks Office the second time to offer Teresa my rent of $450.00 dollars again.Teresa refused to take the rent again without late charges. That was when I realized" She did not like "Me" or "My family" and left me choic, but to move off the property.

      I had filed a Fair Housing Discrimination Complaint. Teresa became aware of the complaint that had been filed, so she retaliated and said "I had Vandalized my apartment, illegally broke my Lease, put a Summons against me, and gave me bad reference, so I was unable to move." If the places wanted to do credit check "I was denied by her references and credtiors. I (Nathaniel Hardiman) had the cops call on me for visiting family and friend. I was told "If I was caught on the property; I would be arressted for "Criminal Trespassing." I was discriminated against. My family and I was thrown out in the streets and our Rights as a family to be treated Equally as other families on the property. Especially, the ALL Caucasion families. There had also been several corporate errors in this situation. And I am hoping and praying the Justice System can help make it right for what had been done wrong to me and my family. The punitive damages has been the fact that I have had to pay higher rent and not be happy about the place and people I have rented from. I would have loved to continue keep doing rental business with Lindsey Management and Associates, but due to personal Vindeta. I no longer aloud to be a

tentant with Lindsey Management and Associates. I am asking for the two years of Wrongful doing, Wrongful Evicted, Discriminated against, and treated differently then other teneants the sum of $200,000 dollars and good written reference, all will be reliefed of this claim. To whomever this may concern from Nathaniel Hardiman and Family. Thanks for the time on this very important matter.

Sincerely,

*Nathaniel Hardiman*
*Jessie L Wise*
1-29-2012